IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON ESPURVOA,

      Appellant,

v.

      Case No. 5D21-2001
      LT Case No. 2019-CF-0132-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Michael Ufferman, of Michael
Ufferman Law Firm, P.A.,
Tallahassee, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.